# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 3/17/25      Time: 2:00 p.m.

---

Defendant: 2) Tomas Niembro      J#: 66819-511     Case #: 25-MJ-2526-LOUIS (SEALED)

AUSA: Felipe Plechac-Diaz        Attorney: Juan Michelin

Violation: Consp to Commit Wire Fraud. Consp to Launder Monetary Instruments.       Surr/Arrest Date: 03/15/25     YOB: 1961

Proceeding: Initial Appearance        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:

Bond Set at:             Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person*
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] *No contact with victims/codefendants/witnesses, except through counsel*
- [ ] No firearms
- [x] *Not to encumber property*
- [ ] May not visit transportation establishments
- [x] *Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by Defendant*
- [x] *Allowances: Medical needs, court appearances, attorney visits, religious, employment; any leave as approved by PTS*
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Ore tenus motion to Unseal Complaint; granted

$20 million PSB w/2 properties cosigned by wife (Morela Rincon) & $2 million w/10% w/Nebbia (the parties have until Monday to submit Nebbia form (released)

*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:      Time:      Judge:       Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraignment:  4/7/25    10:00 a.m.    Duty/Miami

Status Conference RE: Home Confinement (30 days) 4/11/25 @9:30 a.m. Non-Duty Judge Louis

D.A.R. 14:48:22            Time in Court: 12 mins

s/Lauren F. Louis                         Magistrate Judge